Fill in this information to identify the case:

Debtor 1: ELEANOR DELIA OLVERA

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: NORTHERN District of TEXAS (State)

Case number: 14-33241

# Form 4100R
## Response to Notice of Final Cure Payment
10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust N.A., as Trustee of Bungalow Series F Trust

**Last 4 digits** of any number you use to identify the debtor's account: 0 5 6 9

**Court claim no.** (if known): 10

**Property address:** 6521 Wildhaven Drive
Number    Street

Rowlett     TX     75089
City        State  ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 07 / 01 / 2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___ / ___ / _____
MM / DD / YYYY

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

Debtor 1    **ELEANOR D OLVERA**
       First Name    Middle Name    Last Name

Case number (*if known*) **14-33241**

---

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

☒ **/s/ Lauren Sanders**
Signature

Date **07 / 17 / 2019**

Print **Lauren    Sanders**
     First Name    Middle Name    Last Name

Title **Bankruptcy Specialist**

Company **BSI Financial Services**

*If different from the notice address listed on the proof of claim to which this response applies:*

Address **7505 Irvine Center Drive, Suite 200**
     Number    Street

**Irvine**    **CA**    **92618**
City    State    ZIP Code

Contact phone ( **909** ) **201** – **4287**

Email _____

---

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Agreed Response to Final Cure Notice was served on the 18 <sup>th</sup> day of July 2019.  Said Response was filed electronically.  Service was accomplished by the method and to the following as indicated.

By: /s/ Richard Anderson
RICHARD E. ANDERSON
State Bar No. 01209010
4920 Westport Drive
The Colony, Texas 75056
Email: randerson@AndersonVela.com

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

**Debtor**
Eleanor Delia Olvera
6521 Wildhaven Drive
Rowlett, Texas 75089

**Debtor's Attorney**
Michael Paul Wright
MP Wright Law Group, PLLC ☐☐
3500 Maple Ave, Ste 420
Dallas, Texas75219

**Trustee**
Thomas Powers
125 E. John Carpenter Frwy., Suite 1100
Irving, Texas 75062

**US Trustee**
U.S. Trustee
1100 Commerce Street/Room 976
Dallas, Texas 75242

| | | |
|---|---|---|
| **Dustin Lowe Banks**<br>Perdue,Brandon,Fielder,Collins&Mott, LLP<br>1919 S. Shiloh, Ste. 310<br>Garland, TX 75042<br>(972) 278-8282<br>(972)278-8222 (fax)<br>dbanks@pbfcm.com<br>  *Assigned: 05/01/2015* | representing | **Garland Independent School District**<br>CO Gay McCall Isaacks Gordon & Roberts<br>1919 S. Shiloh, Suite 310, LB40<br>Garland, TX 75042<br>sgbankruptcy@ntexas-attorneys.com<br>*(Creditor)* |
| **Lance Justin Erickson**<br>Manning & Meyers<br>4340 N. Central Expressway<br>Dallas, TX 75206<br>214-823-6600<br>214-821-3800 (fax)<br>ecf@lawyeranddefender.com<br>  *Assigned: 09/26/2014*<br>   *TERMINATED: 05/31/2016* | representing | **Seterus, Inc.**<br>PO Box 2008<br>Grand Rapids, MI 49501-2008<br>*(Creditor)* |
| **Andrew David Goldberg**<br>Rosicki Rosicki & Associates, P.C.<br>51 East Bethpage Road<br>Plainview, NY 11803<br>516-741-2585<br>(516) 873-7244 (fax)<br>Bkmail@rosicki.com<br>  *Assigned: 09/22/2015* | representing | **Federal National Mortgage Association**<br>CO Seterus, Inc.<br>P.O. Box 1047<br>Hartford, CT 06143<br>(516)741-2585<br>(516) 873-7244 (fax)<br>Bkmail@rosicki.com<br>*(Creditor)* |
| **Sherrel K. Knighton**<br>Linebarger, Goggan, Blair & Sampson, LLP<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207<br>(214)880-0089<br>469-221-5003 (fax)<br>Sherrel.Knighton@lgbs.com<br>  *Assigned: 07/21/2014* | representing | **Dallas County**<br>Linebarger Goggan Blair & Sampson, LLP<br>CO Sherrel K. Knighton<br>2777 N Stemmons Frwy, Suite 1000<br>Dallas, TX 75207<br>(214) 880-0089<br>(469) 221-5003 (fax)<br>*(Creditor)* |